940

No. 165, Misc. BOBO v. CALIFORNIA, *ante*, p. 877. Motion for leave to file petition for rehearing denied.

No. 227, Misc. WORLEY v. UNITED STATES ET AL., *ante*, p. 917; and
No. 261, Misc. WORLEY v. UNITED STATES, *ante*, p. 918. Rehearing denied.

FEBRUARY 14, 1955.

No. 80. FEDERAL TRADE COMMISSION v. RHODES PHARMACAL CO., INC. ET AL. Certiorari, 348 U. S. 812, to the United States Court of Appeals for the Seventh Circuit. Argued February 8, 1955. Decided February 14, 1955. *Per Curiam:* The Court finds that the order of the Commission is not ambiguous. The judgment of the Court of Appeals, insofar as it modified paragraph 1 (c) of the Commission's order, is reversed and the case is remanded to that court with instructions to restore the order of the Commission. *Daniel M. Friedman* argued the cause for petitioner. With him on the brief were *Solicitor General Sobeloff, Assistant Attorney General Barnes, Charles F. Barber, Earl W. Kintner* and *Robert B. Dawkins. Edward Brodkey* argued the cause for respondents. With him on the brief were *Frank E. Gettleman* and *Arthur Gettleman.* 

No. 125. HARSH v. ILLINOIS TERMINAL RAILROAD CO. Certiorari, 348 U. S. 809, to the Supreme Court of Illinois. Argued February 8, 1955. Decided February 14, 1955. *Per Curiam:* Judgment reversed. *Lavender* v. *Kurn*, 327 U. S. 645. *Morris B. Chapman* argued the cause and filed a brief for petitioner. *Fred P. Schuman* and *Harold G. Talley* argued the cause for respondent. With them on